UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL CRANMORE,

       Plaintiff,                    CASE NO. 20-cv-11469

v.                                    HONORABLE VICTORIA A. ROBERTS

DEPUTY SHADIS,
DEPUTY MARTIN, and
DEPUTY SHACKLEFORD,

       Defendants.
_____/

## ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL AND A FORM (ECF No. 11)

This matter came before the Court on Plaintiff Daniel Cranmore's *pro se* civil rights complaint. Plaintiff argued in his complaint that the Jackson County deputy sheriffs named as defendants violated his rights under the Fourth and Eighth Amendments to the United States Constitution and that the defendants' conduct caused irreparable injuries, including heart problems, flashbacks, PTSD, and constant pain throughout his body. He sought money damages for medical costs, pain, and suffering.

On September 21, 2020, the Court summarily dismissed the complaint under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure to state a claim. The Court pointed out that Plaintiff sued the defendants in their official capacities for money

damages, that a suit against government officials in their official capacities is a suit against the entity they represent, and that Plaintiff failed to show that an unconstitutional county policy or custom caused his injuries.

Now before the Court is Plaintiff's request for a "SCAO form for a court appointed attorney." (ECF No. 11, PageID.41.) Plaintiff states that he is in prison and that he has no income or ability to pay for an attorney.

This case is closed, and there are no pending matters in the case, other than Plaintiff's current request. Further, although a district court may appoint counsel for an indigent civil litigant, 28 U.S.C. § 1915(e)(1); *Lavado v. Keohane*, 992 F.2d 601, 604 (6th Cir. 1993), there is no constitutional right to appointment of counsel in a civil proceeding, *Lanier v. Bryant*, 332 F.3d 999, 1006 (6th Cir. 2003). Appointment of counsel in a civil case is justified only in exceptional circumstances. *Lanier*, 332 F.3d at 1006.

There are no exceptional circumstances justifying appointment of counsel in this case, and Plaintiff's request for counsel is moot. The Court, therefore, denies Plaintiff's request for appointment of counsel and a form for requesting counsel.

IT IS SO ORDERED.

s/ Victoria A. Roberts
VICTORIA A. ROBERTS
United States District Judge

Dated: 1/4/2021